KENNETH C. ABSALOM (SBN 114607)
kenabsalom@333law.com
GEORGE R. NEMIROFF (SBN 262058)
nemiroff@333law.com
LAW OFFICE OF KENNETH C. ABSALOM
275 Battery Street, Suite 200
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

*Attorneys for Defendants*
*Carl Goff and Russell E. Burns*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY MENDOZA, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CARL GOFF, *et al.*<br><br>　　　　Defendants. | Case No.: 3:13-cv-04773-JD<br><br>[PROPOSED] ORDER RE: STIPULATION TO BENCH TRIAL |

　　　　Pursuant to the stipulated request of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff agrees to withdraw his jury demand and the Parties stipulate to a bench trial.

　　　　2. Defendants shall withdraw their Motion to Strike Jury Demand set to be heard by the Court on June 11, 2014.

IT IS SO ORDERED:

Dated: __May 8, 2014_____    _____
　　　　　　　　　　　　　　　　　　　　　　Hon. James Donato
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT ~~MAGISTRATE~~

Case No.: 3:13-cv-04773-JD　　　　Page 1　　　　*Mendoza v. Goff, et al.*
**[PROPOSED] ORDER RE: STIPULATION TO BENCH TRIAL**