United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNY MENDOZA

Plaintiff,

v.

CARL GOFF, et al.,

Defendants.

________________________________________/

No. 3:13-cv-04773 JD (EDL)

NOTICE OF CONTINUANCE OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference is continued from December 3, 2014 to January 16, 2015 at 9:30 a.m. The location shall remain the same. All other provisions of the Court's September 3, 2014 Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Chief Magistrate Judge Laporte's courtroom deputy immediately at (415) 522-3694 if this case settles prior to the date set for settlement conference.

Dated: November 21, 2014



ELIZABETH D. LAPORTE
United States Chief Magistrate Judge